**No. 54431.**—Siegfried Loewenthal Co. et al. v. United States, protests 119746–K, etc. (Cleveland).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.